THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN M. BARRY, a married woman, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BOEING COMPANY EMPLOYEE )<br>HEALTH AND WELFARE BENEFIT )<br>PLAN, The Plan; and AETNA LIFE )<br>INSURANCE COMPANY, a foreign )<br>corporation, The Claim Administrator, )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:13-cv-01122 RSL<br><br>**ORDER RE DE NOVO STANDARD<br>OF REVIEW** |

**ORDER**

Pursuant to the parties' Stipulation Re De Novo Standard of review, it is hereby:

ORDERED that the Court will employ a *de novo* standard of review if this matter proceeds to trial.  Further, Plaintiff's remedies are limited to those remedies allowed under ERISA.

DATED this 10th day of September, 2013.

_Ihr S Lasnik_
The Honorable Robert S. Lasnik
U.S. District Court Judge

ORDER - 1
Case No. 2:13-cv-01122 RSL