THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KATHLEEN M. BARRY, a married woman,

Plaintiff,

v.

THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, The Plan; and AETNA LIFE INSURANCE COMPANY, a foreign corporation, The Claim Administrator,

Defendants.

Case No. 2:13-cv-01122 RSL

**ORDER RE DE NOVO STANDARD OF REVIEW**

**ORDER**

Pursuant to the parties' Stipulation Re De Novo Standard of review, it is hereby:

ORDERED that the Court will employ a *de novo* standard of review if this matter proceeds to trial. Further, Plaintiff's remedies are limited to those remedies allowed under ERISA.

DATED this 10th day of September, 2013.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
U.S. District Court Judge

ORDER - 1
Case No. 2:13-cv-01122 RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

005583.0184/5809591.1